— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Gus K. Worms and Others, Respondents, v. Roy L. Fox, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

New Amsterdam Casualty Company, Respondent, v. National Union Fire Insurance Company of Pittsburgh, Pa., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [151 Misc. 894.]

In the Matter of the Application of The People of the State of New York, by Thomas F. Behan, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the Equitable Casualty and Surety Company, Respondent. Cole Electric Products Co., Inc., Claimant, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Leonard Mook, Respondent, v. Architects' Offices, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

The People of the State of New York, Respondent, v. David Meshel, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Chemical Bank and Trust Company, as Trustee under Trust Agreement Executed by Charles H. Raymond, etc., Respondent, v. Victoria Forrest Reynaud and Others, Appellants, Impleaded with Others. (Action No. 1.) — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Chemical Bank and Trust Company, as Trustee under Trust Agreement Executed by Charles H. Raymond, etc., Respondent, v. Victoria Forrest Reynaud and Others, Appellants, Impleaded with Others. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [150 Misc. 821.]

Van Rensselaer Halsey and Others, Respondents, v. Corn Exchange Bank Trust Company, Appellant. (Action No. 1.) — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Van Rensselaer Halsey and Others, Respondents, v. Corn Exchange Bank Trust Company, Appellant. (Action No. 2.) — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Julius Parotzky, Individually and as Administrator, etc., of Mollie Parotzky, Deceased, Respondent, v. Samuel Snyder and Others, Defendants, Impleaded with Baumgold Bros., Inc., Appellant.— Judgment so far as appealed from and orders appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Kate Jones, Respondent, v. Samuel S. Isaacs and Others, as Executors and Trustees, etc., of David Israel, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.